# United States District Court
## For The Western District of North Carolina
## Statesville Division

RONNIE EDWARD BANNER, JR.,

        Petitioner,                               JUDGMENT IN A CIVIL CASE

vs.                                            5:12-CV-69
                                            (5:00CR47-8-V)

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/7/12 Order.

                             Signed: December 7, 2012

Frank G. Johns, Clerk
United States District Court