IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-cv-00069-RLV
(5:00-cr-00047-RLV-8)

| | |
|---|---|
| RONNIE EDWARD BANNER, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on consideration of Petitioner's pro se motion to reconsider the Order dismissing his § 2255 motion to vacate his sentence. (Doc. No. 4). The Court notes that counsel for the Federal Defenders of Western North Carolina, Inc. entered a Notice of Appearance of behalf of Petitioner. (Doc. No. 9). Accordingly, the Court will grant Petitioner's counsel 21-days from entry of this Order to file a supplemental memorandum or a notice that no future filings will be made. If the latter is the case, counsel should file a motion to withdraw within this 21-day time frame.

**SO ORDERED**.

Signed: July 25, 2016

Richard L. Voorhees
United States District Judge